UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN E. CHAMPAGNE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:23–cv–00143-CKD SS<br><br>ORDER TO SHOW CAUSE |

      On July 21, 2023, pursuant to the parties' stipulation, this court granted plaintiff an extension of time to September 5, 2023 to file her motion for summary judgment. (ECF No. 14.) That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days of the date of entry of this order, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.

Dated: September 18, 2023

                                                                           _/s/ Carolyn K. Delaney_<br>
                                                  CAROLYN K. DELANEY<br>
                                                  UNITED STATES MAGISTRATE JUDGE

2/champ0143.ss.osc