PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (877) 833-2445
  E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGAN ELIZABETH CHAMPAGNE,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. 2:23-cv-00143-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

  IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

  Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: November 1, 2023      /s/ *Robert C. Weems**
                             ROBERT C. WEEMS
                             Attorney for Plaintiff
                             *Authorized via e-mail on November 1, 2023

                             PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

                     By:     /s/ *Erin A. Jurrens*
                             ERIN A. JURRENS
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: November 1, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE